Jessica L. Woelfel, Esq. (NSBN 11885)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
jwoelfel@mcdonaldcarano.com

*Attorney for Defendant Capstak, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPSTACK PARTNERS, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CAPSTAK, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:18-CV-00007-RCJ-WGC<br><br>**ORDER OF VOLUNTARY DISMISSAL OF CAPSTAK'S THIRD COUNTERCLAIM WITH PREJUDICE** |

1. Defendant/Counter-plaintiff Capstak, Inc., ("Capstak") filed its Answer to Complaint and Counterclaims on February 23, 2018 (Docket No. 17).

2. Plaintiff/Counter-defendant Capstack Partners, LLC ("Capstack") filed its Motion to Dismiss Capstak Inc.'s Third Counterclaim on March 2, 2018 (Docket No. 19).

//
//
//
//
//
//
//
//
//

3. The parties hereby consent to the voluntarily dismissal with prejudice of Capstak's Third Cause of Action set forth in Capstak's Counterclaim pursuant to FRCP 41(c).

DATED: March 16, 2018.

BROWNSTEIN HYATT FARBER SCHRECK

By: /s/ Matthew D. Francis

Matthew D. Francis (NSBN 6978)
BROWNSTEIN HYATT
FARBER SCHRECK LLP
5371 Kietzke Lane,
Reno, NV 89511

*Attorneys for Plaintiff/Counter-defendant Capstack Partners, LLC.*

DATED: March 16, 2018.

MCDONALD CARANO LLP

By: /s/ Jessica L/ Woelfel

Jessica L. Woelfel, Esq. (NSBN 11885)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorney for Defendant/Counter-plaintiff Capstak, Inc.*

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that Defendant/Counterplaintiff Capstak's Third Cause of Action in the Counterclaim (Trademark Infringement – NRS § 600.420) be dismissed with prejudice.

ENTERED this 5th day of April, 2018.

By _____
DISTRICT COURT JUDGE