Matthew D. Francis, SBN 6978
mfrancis@bhfs.com
Arthur A. Zorio, SBN 6547
azorio@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

Attorneys for Plaintiff/Counter-Defendant
CapStack Partners, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPSTACK PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTAK, INC., a Delaware corporation,<br><br>Defendant.<br>_____<br><br>And Related Counterclaims. | CASE NO.: 3:18-cv-00007-RCJ-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff/Counter-Defendant CapStack Partners, LLC and Defendant/Counter-Claimant Capstak, Inc. by and through their undersigned counsel, hereby stipulate to dismiss this action, and all claims and counterclaims against all parties named therein with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Each party shall bear their own attorneys' fees and costs.

///

///

///

///

///

///

1

**IT IS SO STIPULATED:**

DATED this 29th day of June, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ *Matthew D. Francis*
    MATTHEW D. FRANCIS
    ARTHUR A. ZORIO
    5371 Kietzke Lane
    Reno, Nevada 89511
    mfrancis@bhfs.com
    azorio@bhfs.com

Attorneys for CapStack Partners, LLC

DATED this 29th day of June, 2018

MCDONALD CARANO LLP

By: /s/ *Jessica L. Woelfel*
    JESSICA L. WOELFEL
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89501
    jwoelfel@mcdonaldcarano.com

Attorneys for Capstak, Inc.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___ June 29, 2018. ___

# CERTIFICATE OF SERVICE

Pursuant to ***FRCP 5(b),*** I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and on this 29th day of June, 2018, I served the document entitled **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE,** on the parties listed below via the following:

JESSICA L. WOELFEL
SARAH A. FERGUSON
MCDONALD CARANO
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
jwoelfel@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for overnight delivery to the foregoing parties.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP